In the Matter of the Accounting of BENJAMIN O. CHISOLM, as Surviving Trustee, and of CENTRAL HANOVER BANK AND TRUST COMPANY et al., as Successor Trustees under the Will of MARY A. CHISOLM, Deceased. JAMES GIBB, as Executor of JULIA R. SMALL, Deceased, Appellant; B. OTTO JACOBSEN et al., Individually and as Committee of FREDERICK A. M. SCHIEFFELIN, an Incompetent, Since Deceased, and as Executors of FREDERICK A. M. SCHIEFFELIN, Deceased, et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See *ante,* p. 880.]

EDWARD J. LENNON, JR., et al., Doing Business as T. J. RONAN Co., Respondents, v. J. A. RONAN Co., INC., et al., Defendants, and UNION INK Co., INC., Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ. The motion to resettle the order of April 12, 1954, will be treated as a motion for reargument. Motion for reargument granted and on reargument the decision handed down April 12, 1954, is amended to read as follows: In an action for an injunction and further relief, based upon charges of unfair competition, defendant Union Ink Co., Inc., appeals from so much of an order as denies its cross motion to dismiss the complaint on the ground that it fails to state a cause of action against said defendant, pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice. Order, insofar as appealed from, affirmed, with $10 costs and disbursements, with leave to appellant to answer within ten days from the entry of the order hereon. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur. [See *ante,* p. 885.]

PEARL S. MARKS, Respondent, v. GUSTAV MARKS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ. [See *ante,* p. 825.]

JOHN SCOMA, SR., as Guardian ad Litem of JOHN SCOMA, JR., et al., Respondents, v. CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ.

RICHARD P. WEBER, INC., Respondent, v. ELIAS STERGIU, Defendant, and JOHN KEUSEYAN et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ.